# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2008

133070

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRACY EDWARD WILBURN,
      Defendant-Appellant.

SC: 133070
COA: 274442
Kent CC: 05-009295-FC

_____/

     By order of May 30, 2007, the application for leave to appeal the December 19, 2006 order of the Court of Appeals was held in abeyance pending the decision in *People v Cannon* (Docket No. 131994). On order of the Court, the case having been decided on June 4, 2008, 481 Mich 152 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2008

s0917

_____
Clerk